IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60277
Summary Calendar

_____


DANIEL WHEAT,

Plaintiff-Appellee,

versus

PORTER WILKINSON, STEVE W. PUCKETT,
A.K. SHOWERS, CHRISTOPHER EPPS

Defendant-Appellants,


AND

TERRY WINTERS, ET AL.,

Defendants.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:94CV171-B-A
- - - - - - - - - -
March 1, 1996

Before DAVIS, BARKSDALE and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Appellants appeal the interlocutory order denying their motion for summary judgment based on qualified immunity. Because the magistrate judge found that there exist genuine issues of material fact, we lack jurisdiction and the appeal is

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

DISMISSED.